IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR55 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM L. MATTAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant's Motion to Continue (Filing No. 51) is granted. The final disposition hearing regarding the Petition and Amended Petition for Offender under Supervision (Filing Nos. 40 and 41) is rescheduled to **August 18, 2005, at 11:00 a.m.** in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant must be present in person.

Dated this 7th day of July, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
JOSEPH F. BATAILLON
United States District Judge