IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT C
DISTRICT OF NEB
NOV 21 20
OFFICE OF THE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:00CR55 |
| Plaintiff, ) | |
| ) | ORDER FOR WRIT OF HABEAS |
| vs. ) | CORPUS AD PROSEQUENDUM |
| ) | |
| WILLIAM L. MATTAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon the application of the United States,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued by the Clerk of this Court to the Warden of the Douglas County Corrections Center and the United States Marshal for the District of Nebraska, for the appearance of said defendant before this Court on or after December 2, 2005.

DATED this 21 day of November, 2005

United States Magistrate Judge